*In re* LUIS F. MALDONADO RIVERA.

| | |
|---|---|
| *Números:* AB-98-91<br>AB-98-130<br>RT-98-3549 | *Resueltos:* 9 de abril de 1999 |

*Carmen H. Carlos, Directora de la Oficina de Inspección de Notarías; Luis F. Maldonado Rivera, pro se.*

## RESOLUCIÓN

Mediante nuestra opinión *per curiam* de 22 de enero de 1999 —notificada el 1ro de febrero— suspendimos indefinidamente de la práctica de la profesión al Lcdo. Luis F. Maldonado Rivera, por su reiterada desatención a los requerimientos de la Oficina de Inspección de Notarías e incumplimiento con la Regla 13(c) de nuestro Reglamento, 4 L.P.R.A. Ap. XXI-A, sobre las notificaciones tardías y órdenes. *In re Maldonado Rivera*, 147 D.P.R. 380 (1999).

Así las cosas, el 3 de marzo Maldonado Rivera presentó su moción urgente de reconsideración, en la cual evidencia el cumplimiento de las órdenes emitidas y solicita su reinstalación.

Carecemos de jurisdicción para acoger dicha reconside-

ración, por haberse presentado fuera del término reglamentario. Sin embargo, en vista de que Maldonado Rivera está suspendido desde el 1ro de febrero y ha cumplido con nuestras órdenes, se le reinstala de forma inmediata hoy al ejercicio de la profesión legal.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Andréu García y el Juez Asociado Señor Hernández Denton no intervinieron.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*